**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01961-CMA

ZJS, LLC, and
SETH MANSON,

      Plaintiff,

v.

ARLP SECURITZATION TRUST, SERIES 2015-1,
ARLP TRUST 2,
CHRISTIANA TRUST, a Division of Wilmington Savings fund Society,
BANK OF AMERICA,
UIS, LLC,
J. LOGAN CHIEROTTI, and
DEBRA JOHNSON, Public Trustee Denver,

      Defendants.

---

**FINAL JUDGMENT**

---

Pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby

entered.

Pursuant to the Order Dismissing the Action for Lack of Subject-Matter

Jurisdiction of Judge Christine M. Arguello entered on September 29, 2015 it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this 29th day of September, 2015.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

        By:  s/   V. Barnes
                    V. Barnes
                    Deputy Clerk